IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-478 |
| | : | CIVIL NO. 12-975 |
| | : | |
| RICHARD CREAMER | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 24th day of August 2012, upon consideration of Defendant's *pro se* Motion to Vacate, Set Aside, or Correct [a] Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. No. 131), the Government's Response in Opposition to Defendant's Motion (Doc. No. 138), Defendant's Reply (Doc. No. 139), the Government's Sur-Reply (Doc. No. 142), and Defendant's Sur-Sur-Reply (Doc. No. 144), and after a review of the record, it is **ORDERED** as follows:

1. Defendant's Motion to Vacate, Set Aside, or Correct [a] Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. No. 131) is **DENIED** without an evidentiary hearing.

2. The Court finds no ground upon which to issue a certificate of appealability.

BY THE COURT:

　/s/ Joel H. Slomsky, J.　
JOEL H. SLOMSKY, J.